UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>FERNANDO DE LA CRUZ SANCHEZ,<br>Defendant. | 23 Cr. 00378 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The above-captioned case was wheeled out to this Court on July 26, 2023. At that time, the Court was informed that Defendant had been released on bail on June 27, 2023 and thereafter absconded. Defendant remains at large.

The parties shall each file a letter, including any applicable legal authorities, detailing their positions about the propriety of a conference being held in Defendant's absence, before he is apprehended. Any matters pertaining to the exclusion of time under the Speedy Trial Act shall also be addressed. The Government's submission is due by **9:00 a.m.** on **July 31, 2023**. Defense counsel's response is due by **5:00 p.m.** on **July 31, 2023**.

SO ORDERED.

Dated: July 28, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge