UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>FERNANDO DE LA CRUZ SANCHEZ,<br>Defendant. | 23 Cr. 00378 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

A status conference will be held in this matter on **August 1, 2023** at **12:30 p.m.** The conference will take place in Courtroom 12B, 500 Pearl Street, New York, NY 10007. The Court will not conduct an arraignment in the absence of the (currently at-large) Defendant.

SO ORDERED.

Dated: July 31, 2023
New York, New York

JENNIFER H. REARDEN
United States District Judge